IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANDRES GARCIA**                                                                  **PLAINTIFF**
**ADC #146619**

v.                              CASE NO. 4:17-CV-00074 BSM

**BRIANN LAMANDRY**                                                             **DEFENDANT**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] has been reviewed. No objections were filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Andres Garcia's complaint [Doc. No. 2] is dismissed without prejudice for the failure to state a claim, which constitutes a strike under the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith. *See id.* § 1915(a)(3).

IT IS SO ORDERED this 5th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE